**People of the State of Illinois, Plaintiff-Appellee, v. Ernest Denson, Jr., Defendant-Appellant.**

**Gen. No. 52,909. (Abstract of Decision.)**

First District, Third Division.

June 5, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Joel M. Flaum and James B. Haddad, Assistant State's Attorneys, of counsel), for appellee. Opinion by MR. JUSTICE DEMPSEY. Not to be published in full.